RECEIVED

NOV 1 4 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| MARY AGNES LEE | CIVIL ACTION NO.: 12-1947 |
| VERSUS | JUDGE DOHERTY |
| ST. MARTIN PARISH SCHOOL BOARD | MAGISTRATE JUDGE HILL |

## MEMORANDUM RULING

Currently pending before this Court is a Motion for Summary Judgment [Doc. 16] filed by defendant St. Martin Parish School Board. The School Board seeks dismissal of plaintiff's employment discrimination claims[1] on the basis that the plaintiff did not timely file her claims within the 180-day period prescribed by statute. Plaintiff has not opposed the motion, and indeed, the record shows the plaintiff alleges discrimination that allegedly ended when plaintiff resigned her employment on January 6, 2010, however, the plaintiff did not file a charge with the EEOC until January 24, 2011 and did not file her complaint in this Court until July 16, 2012. Accordingly, it appears the plaintiff's claims are time-barred.

Considering the foregoing, the Motion for Summary Judgment [Doc. 16], appearing to be well-founded in law and fact and being unopposed by the plaintiff, is hereby GRANTED. All claims against the St. Martin Parish School Board are DISMISSED WITH PREJUDICE.

---

[1] The plaintiff alleges discrimination based on her age, disabilities, and race.

As this Ruling appears to dispose of all claims alleged by the plaintiff, the parties shall submit a Judgment, approved as to form, within ten (10) days of the date of this Ruling.

THUS DONE AND SIGNED in Lafayette, Louisiana, this ___14___ day of November, 2012.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE